UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
        :
WELLS FARGO BANK, NATIONAL   :
ASSOCIATION, AS TRUSTEE FOR THE  :
BENEFIT OF THE HOLDERS OF BBCMS  :
2019-BWAY MORTGAGE TRUST,     :  25-CV-6870 (VSB)
COMMERCIAL MORTGAGE PASS-     :
THROUGH CERTIFICATES, SERIES 2019-  :  **ORDER**
BWAY,         :
        :
                      Plaintiff,   :
        :
          - against -   :
        :
        :
SRI ELEVEN 1407 BROADWAY LLC, *et al.*,  :
        :
                    Defendants.   :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On August 20, 2025, Plaintiff initiated this action to foreclose on real property located at 1407 Broadway, New York, New York 10018, (the "Property"). (*See* Doc. 1 at ¶ 1.) On September 17, 2025, Plaintiff filed a "Consent Order Appointing Receiver," seeking appointment of a receiver to preserve the Property and certain assets owned by SRI Eleven 1407 Broadway LLC and SRI Eleven 1407 Broadway Operator LLC, (collectively, the "Borrowers"). (Doc. 7 (the "Proposed Order").) Attached to the Proposed Order is a "Stipulation Consenting to Appointment of Receiver," whereby the Borrowers and Shorenstein Realty Investors Eleven, L.P., a guarantor, consent to the entry of the Proposed Order providing for the appointment of a receiver for the Property. (Doc. 7 (the "Stipulation").)

      No Defendants have appeared or filed documents on ECF and Plaintiff has not filed its "motion for appointment of receiver and injunctive relief," as it specified in the Proposed Order.

(Proposed Order 1.)

It is hereby ORDERED that Plaintiff shall file and serve its motion to appoint a receiver, the materials submitted in connection with the motion, and this order on the Defendants and file proof of service by October 2, 2025. Any opposition to Plaintiff's motion for appointment of a receiver shall be filed by October 16, 2025. If any such opposition is filed, Plaintiff may file a reply by October 23, 2025.

SO ORDERED.

Dated: September 18, 2025
      New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge