UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
WELLS FARGO BANK, NATIONAL :
ASSOCIATION, AS TRUSTEE FOR THE :
BENEFIT OF THE HOLDERS OF BBCMS :
2019-BWAY MORTGAGE TRUST, : 25-CV-6870 (VSB)
COMMERCIAL MORTGAGE PASS- :
THROUGH CERTIFICATES, SERIES 2019- : **ORDER**
BWAY, :
:
                     Plaintiff, :
:
     - against - :
:
:
SRI ELEVEN 1407 BROADWAY LLC, *et al.*, :
:
                  Defendants. :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      It is hereby ORDERED that the parties shall appear telephonically for a status conference on September 30, 2025 at 11:00 a.m. to discuss the proposed Consent Order Appointing a Receiver, (Doc. 11-1).  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

SO ORDERED.

Dated:    September 24, 2025
             New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge