# ROSENFELD & KAPLAN, L.L.P.

(A Limited Liability Partnership Including Professional Corporations)

Attorneys at Law
1180 Avenue of the Americas
Suite 1920
New York, New York 10036

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/25

WEBSITE: HTTP//WWW.ROSENFELDLAW.COM
E-MAIL: TAB@ROSENFELDLAW.COM

TEL:(212) 682-1400
FAX:(212) 682-1100

November 10, 2025

> Application GRANTED to the extent that the initial case management conference scheduled for November 19, 2025 is ADJOURNED to **January 7, 2026 at 11:00 a.m.** SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> November 10, 2025

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007

Re:   Request for Adjournment of Conference
      _Wells Fargo Bank, N.A. v. SRI Eleven 1407 Broadway LLC_, 25-CV-6870

Dear Judge Moses:

We represent Defendants SRI Eleven 1407 Broadway LLC, SRI Eleven 1407 Broadway Operator LLC, and Shorenstein Realty Investors Eleven, L.P. ("Defendants") in the above-captioned matter. We write on behalf of Defendants to request an adjournment of the conference currently scheduled for November 19, 2025 at 11:00 AM in accordance with this Court's Individual Rules. This firm has another matter scheduled for oral argument in Nassau County Supreme Court that same morning and would appreciate not having to move that date.

Furthermore, Defendants' time to answer or otherwise respond to the complaint has been extended to January 5, 2026, and we propose that the conference should be adjourned until after Defendants have answered the complaint. This is the first request for an adjournment of this date, and Plaintiff consents to this request. Plaintiff's counsel further wishes to inform the Court that they are unavailable from January 12-14, 2026, to the extent that impacts the Court's selection of a new conference date.

We thank the Court for its attention to this matter.

Respectfully submitted,

Tab K. Rosenfeld

Cc:   Counsel of Record (via ECF)