UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                              :
WELLS FARGO BANK, NATIONAL                                    :
ASSOCIATION, AS TRUSTEE FOR THE                               :
BENEFIT OF THE HOLDERS OF BBCMS                               :
2019-BWAY MORTGAGE TRUST,                                     :          25-CV-6870 (VSB)
COMMERCIAL MORTGAGE PASS-                                     :
THROUGH CERTIFICATES, SERIES 2019-                           :          **ORDER**
BWAY,                                                         :
                                                              :
                                     Plaintiff,               :
                                                              :
                    -against-                                 :
                                                              :
SRI ELEVEN 1407 BROADWAY LLC, *et al.*,                      :
                                                              :
                                     Defendants.              :
                                                              :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on August 20, 2025, (Doc. 1), and filed an affidavit of service

indicating service of the Summons and Complaint on Defendant Transwall Office Systems, Inc.

("Transwall") on November 14, 2025, (Doc. 23). The deadline for Transwall to respond to

Plaintiff's complaint was November 25, 2025. To date, Transwall has not appeared or responded

to the complaint. Plaintiff, however, has taken no action to prosecute this case against

Transwall. Accordingly, if Plaintiff intends to seek a default judgment against Transwall, it is

directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil

Cases by no later than **January 15, 2026**. If Plaintiff fails to do so or otherwise demonstrate that

it intends to prosecute this litigation, I may dismiss this case against Transwall for failure to

prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 2, 2026
          New York, New York

VERNON S. BRODERICK
United States District Judge