UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WELLS FARGO BANK, NATIONAL                                  :
ASSOCIATION, AS TRUSTEE FOR THE                             :
BENEFIT OF THE HOLDERS OF BBCMS                             :
2019-BWAY MORTGAGE TRUST,                                   :          25-CV-6870 (VSB)
COMMERCIAL MORTGAGE PASS-                                   :
THROUGH CERTIFICATES, SERIES 2019-                          :          **ORDER**
BWAY,                                                       :
                                                            :
                                    Plaintiff,              :
                                                            :
                        -against-                           :
                                                            :
SRI ELEVEN 1407 BROADWAY LLC, *et al.*,                     :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on August 20, 2025, (Doc. 1), and filed an affidavit of service indicating service of the Summons and Complaint on Defendant Transwall Office Systems, Inc. ("Transwall") on November 14, 2025, (Doc. 23). The deadline for Transwall to respond to Plaintiff's complaint was November 25, 2025. Thus, on January 2, 2026, I issued an order noting that Plaintiff had taken no action to prosecute the case against Transwall despite Transwall not appearing or responding to the complaint and directed Plaintiff that if it intends to seek a default judgment, it should do so by January 15, 2026. (Doc. 24.) Three days later, Transwall filed an answer. (Doc. 25.) On January 15, 2026, Plaintiff filed a letter seeking a 2 week extension of time to seek default against Transwall so that Plaintiff and Transwall can complete the resolution of Transwall's lien because Plaintiff and Transwall "reached an agreement in principle . . . pursuant to which Transwall will release its lien on the mortgaged property at issue in this case for an amount to be paid by Plaintiff." (Doc. 28.) Plaintiff reported

that "it is certain that by January 29, 2026, it will file either a notice of voluntary dismissal as to Transwall or the necessary documents to seek a default judgment against Transwall." (*Id.*) On the following day, I granted the extension request. (Doc. 29.) To date, however, Plaintiff has not filed a notice of voluntary dismissal as to Transwall or sought default judgment against Transwall. Accordingly, Plaintiff shall file a status update as to the case and its discussions with Transwall, including whether it intends to dismiss Transwall or seek a default judgment against Transwall, by **March 18, 2026**.

SO ORDERED.

Dated:    March 11, 2026
          New York, New York

VERNON S. BRODERICK
United States District Judge