**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF BBCMS 2019-BWAY MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-BWAY, <br><br> Plaintiff, <br><br> vs. <br><br> SRI ELEVEN 1407 BROADWAY LLC, SRI ELEVEN 1407 BROADWAY OPERATOR LLC, SHORENSTEIN REALTY INVESTORS ELEVEN, L.P., TRANSWALL OFFICE SYSTEMS, INC., and John Doe #1 through 50, said John Doe defendants being fictitious and unknown to Plaintiff, it being intended to name all other parties who have some interest in or lien upon the premises sought to be foreclosed, <br><br> Defendants. | Case No. 25-cv-6870-VSB-BCM |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANSWALL OFFICE SYSTEMS, INC. WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Wells Fargo, National Association, as Trustee for the benefit of the Holders of BBCMS 2019-BWAY Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2019-BWAY ("Plaintiff"), by and through its undersigned counsel, respectfully gives notice that it voluntarily dismisses this action without prejudice as to Defendant Transwall Office Systems, Inc. ("Transwall"), and without Court cost or fees to any party against the other.

Transwall has not filed an answer or a motion to dismiss in this action. Accordingly, dismissal without a court order or stipulation is proper under Fed. R. Civ. P. 41(a)(1)(A)(i).

LEGAL/47985007v1

2

Respectfully submitted,

Dated: New York, New York
       March 18, 2026

**ALSTON & BIRD LLP**

By: */s/ Richard J. Galati, Jr.*
    Richard J. Galati, Jr.
    John P. Doherty
    Eric J. Berardi
    90 Park Avenue
    New York, New York 10016
    Tel.: (212) 210-9400
    richard.galati@alston.com
    john.doherty@alston.com
    eric.berardi@alston.com
    *Attorneys for Plaintiff*

**SO ORDERED:**

Hon. Vernon S. Broderick
United States District Judge  **3/19/2026**

The Clerk of Court is respectfully directed
to terminate Defendant Transwall Office
Systems, Inc. as a party in this case.

2